**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800
PHOENIX, ARIZONA 85004-2327
TELEPHONE: (602) 240-3000
FAX: (602) 240-6600
(AZ BAR FIRM NO. 00441000)

Bryan A. Albue (AZ Bar No. 009594)
(balbue@shermanhoward.com)
Attorneys for Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARSH AVIATION COMPANY,<br><br>    Debtor.<br><br>--- | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-23468-CGC<br><br>Adversary No. 2:11-ap-01743-CGC<br><br>**NOTICE OF DISMISSAL** |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>    Plaintiff,<br><br>vs.<br><br>FLOYD D. STILWELL,<br><br>    Defendant. | |

Pursuant to Rule 7041 Fed. R. of Bankr. Proc. and Rule 41 Fed. R. Civ. P. (a)(1)(A)(i), Plaintiff, Official Committee of Unsecured Creditors, by and through undersigned counsel, hereby voluntarily dismiss this action without prejudice. Defendant has not filed an answer or other responsive pleading in this case.

DATED:    January 20, 2012

                        SHERMAN & HOWARD L.L.C.

                        By /s/ Bryan A. Albue  #009594
                           Bryan A. Albue
                           201 East Washington Street, Suite 800
                           Phoenix, Arizona 85004-2327
                           Attorneys for The Official Committee of
                           Unsecured Creditors

COPY of the foregoing e- mailed
on January 20, 2012 to:

Kelly G. Black, Esq.
Jackson White
40 North Center Street, Suite 200
Mesa, Arizona 85201
jskiba@jacksonwhitelaw.com
kblack@jacksonwhitelaw.com
Attorneys for Reorganized Debtor

Richard J. Cuellar, Esq.
Office of the U.S. Trustee
230 N. First Ave. #204
Phoenix, Arizona 85003-1706
ric.j.cuellar@usdoj.gov


   /s/ Bryan A. Albue #009594

PHOENIX\1673691
Case 2:11-ap-01743-CGC    Doc 4    Filed 01/20/12    Entered 01/20/12 21:21:55    Desc
Main Document    Page 2 of 2